UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 3, 2015

MEMO TO COUNSEL RE:  Alex M. Grant v. The Cordish Co. t/a/ Power Plant Live
Civil No. JFM-15-2971

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to dismiss filed by Mexas Baltimore, LLC. The motion (document 10) is denied. It appears to me that plaintiff has alleged sufficient facts to state a claim against Mexas. Of course, if discovery establishes that "Chris" was not an agent of Mexas, Mexas will be entitled to filed a motion for summary judgment on that ground.

A conference call will be held on  December 15, 2015  at  4:45  p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge